UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DKH RETAIL LIMITED :
:
:
Plaintiff, : 22-CV-7848 (JMF)
:
-v- : UNSEALING ORDER
:
2814218764 et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

IT IS HEREBY ORDERED that the Complaint filed on September 14, 2022, (ECF No. 1) (and all related filings), the Proposed Temporary Restraining Order filed on September 14, 2022, (ECF No. 2) (and all related filings), the Temporary Restraining Order filed on September 23, 2022, (ECF No. 3), Plaintiff's Status Letter filed on October 5, 2022, (ECF No. 4), and the Court's Endorsement filed on October 6, 2022, (ECF No. 5), in the above-captioned case be and are unsealed.

SO ORDERED.

Dated: October 6, 2022                       _____
       New York, New York                           JESSE M. FURMAN
                                                 United States District Judge